IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM M. VOGEL,** | 2:08-cv-2501 JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL S. EVANS,** | |
| Respondent. | |

Respondent has requested a 30-day extension of time in which to file a response to the amended petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE appearing, Respondent's December 19, 2008 motion (#10) is granted; respondent is granted an extension of time to and including January 22, 2009, in which to file a response to the petition for writ of habeas corpus.

Dated: January 5, 2009.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

/001; voge2501.eot

1