IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM M. VOGEL,

    Petitioner,                        No. 2:08-cv-2501 JFM (HC)

    vs.

MICHAEL S. EVANS,

    Respondent.                    ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed January 22, 2009, respondent was granted an extension of time until February 21, 2009 to file a response to the instant petition. Respondent has not filed an answer to the petition or a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely.

DATED: March 5, 2009.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

/001; voge2501.osc