IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM M. VOGEL,                )    No. 2:08-cv-2501 JFM (HC)
                                 )
            Petitioner,          )
                                 )
       v.                        )    ORDER
                                 )
MICHAEL S. EVANS, Warden         )
Salinas Valley State Prison,     )
                                 )
            Respondent.          )
_____/

    Petitioner has requested a ten day enlargement of time in which to file his Traverse to Respondent's Answer to the Petition for Writ of Habeas Corpus filed by Petitioner.

    GOOD CAUSE appearing, petitioner's April 10, 2009 request is granted. Petitioner is granted an enlargement of time to and including April 23, 2009 in which to file a Traverse to Respondent's Answer.

Dated: April 14, 2009.

UNITED STATES MAGISTRATE JUDGE

/voge2501.ext